**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO CISNEROS,<br><br>        Plaintiff,<br>vs.<br><br>NEO BROTHER, INC,<br><br>        Defendant.<br>_____ | Case No. CV 08-06593 DSF (RCx)<br><br>**JUDGMENT** |

    This action came before the Honorable Dale S. Fischer, United States District Judge, on an application for default judgment and the following decision was reached:

    Damages, attorney's fees, and costs in the total amount of $13,475.00 are awarded in favor of Plaintiff Rogelio Cisneros and against Defendant Neo Brother, Inc.

DATED: March 5, 2009

By:_____
    HON. DALE S. FISCHER
    United States District Court Judge